## UNITED STATES DISTRICT COURT

### District of Delaware

### United States Courthouse, 844 King Street, Room 6219, Wilmington, DE, 19801-3519

Plaintiff: Syed M. Husain. MD, PhD
515 Boundary Road
Pitman, NJ 08071

- 0 8 - 7 0 -

vs.

Defendant: Guy Perrotti, Acting Director
Delaware Psychiatric Center
1901 North DuPont Highway
New Castle, DE 19720

### ORDER TO SHOW CAUSE

Upon the affidavit of Syed M. Husain making Affidavit, sworn to on January _____,

2008. it is ORDERED that the above named Defendant to appear at the United States

Courthouse, 844 King Street, Wilmington, DE before the Court on ____ ____, 2008
                                                                                                                Month   Day

in the Room ____ at _____ 0'clock AM/PM or soon thereafter as counsel may be heard

why an order should not be issued pursuant to the Rule 65 of Federal Rules of Civil

Procedure for the Defendant to sign the attached certificate and obtain signatures of other listed

Officers and to impress the Certificate with the official Seal of the Delaware Psychiatric Center..

Dated: _____ _____, 2008
        Month  Day

FILED
FEB -1 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

_____
District Court Judge

Cc: Mr. Guy Perrotti

BD scanned
No fee received

## MOTION & AFFIDAVIT

1. My name is Syed Mustafa Husain (Mustafa is abbreviated in my middle name as M.)

2. I hold the following academic degrees; BS, MD, MS, PhD from well recognized institutions

3. I served as a First Year Resident in Psychiatry at Delaware State Hospital (aka Delaware Psychiatric Center) from June 23, 1990 to June 23, 1991

4. I was an author of Comprehensive Review of General Medicine for which I received a US Copyright in 1988, two years before my appointment as a Psychiatric Resident

5. I served diligently and performed all the prescribed service with loyalty and with competence

6. I was issued a certificate of service, a copy of which is attached. It is deficient in the following ways, the Certificate:

    (a). Is not issued in the name of the Board of Trustees of Delaware state Hospital or Delaware Psychiatric Center. This makes it issuance illegal because the State of Delaware has conferred this body with full legal responsibility

    (b). There is no mention about my academic qualifications after my name which is very unusual

    (c). There is no mention whether I performed my services satisfactorily or unsatisfactorily, in case of the latter, the Certificate does not give reasons for such unacceptable performance

    (d). The names and signatures of the Director of Residency and that of the Medical Director of the Hospital are missing

    (e). Because of these deficiencies in the Certificate, I am unable to apply for and receive a License to Practice Medicine although I am eligible to receive a License in the State of New Jersey

7.   The preamble of the US Constitution reads:

We the people of the United States, in order to form a more perfect union, establish justice, insure domestic tranquility, provide for the common defense, promote the general welfare, and secure the blessings of liberty to ourselves and our posterity, do ordain and establish this Constitution for the United States of America.

Delaware Psychiatric Institute has usurped by liberty o apply for and receive a

License to practice Medicine and in order to earn a decent living

8. Fifth Amendment to the US Constitution reads in part:

nor be deprived of life, liberty, or property, without due process of law

My property rights (meaning my income) are taken away from me without due process. To this date of writing I have not received any explanation for this preposterous behavior

9. Fourteenth Amendment of the US Constitution:

   (a) provides the right to due process which have not been granted me by the Hospital

   (b) As interpreted by the United States Supreme Court, distinction between classes is allowed but all members of a class must be treated alike. Thus the Hospital has to show that all other Residents received certificate exactly as issued to me. Also several Federal Court decisions indicate that in the color of State Law, US constitutional right of individuals cannot be violated

10. There is statute of the State of Delaware which requires the Superintendent (CEO) of the Hospital to be a Board certified Psychiatrist. The Hospital Administration has circumvented this statue by calling the Superintendent as "Director". Moreover, the position of the Acting Director has changed frequently, every 1-5 years. I have requested several "Acting Directors" to rectify my situation. These people have a habit of not answering even certified letter with Return Receipt

11. The attached letter sent to Mr. Guy Perrotti, "Current Acting Director" by Certified mail with Return Receipt has remained unanswered

I hereby certify that the foregoing document is true and correct to the best of my knowledge and belief.

*Syed M. Husain* (signature)
Syed M, Husain, MD, PhD

Sworn before me this 30st day of January 2008

*Ashley N Smedley* (signature)     My Commission Expires on Aug 22, 2012
Notary Public

SEAL

ASHLEY NICOLE SMEDLEY
Notary Public
State of New Jersey
My Commission Expires Aug 22, 2012

**BY CERTIFIED MAIL WITH RETURN RECEIPT**

Mr. Guy Perrotti  
Acting Director  
Delaware Psychiatric Center  
1901 North DuPont Highway  
New Castle, DE 19720

515 Boundary Road  
Pitman, NJ 08071  
December 3, 2007

- 0 8 - 7 0 -

Dear Mr. Perrotti:

I was a Psychiatric Resident at your institution where I served a one year ACGME-approved Psychiatric Residency Program. A letter was issued to this effect by your predecessor, Mr. Charles H. Debnam, a copy of which is attached.

This letter is not even a Certificate and does not permit me to receive a License to practice Medicine. First, it should be on a Certificate Form published by many printing presses, which I am sure your Hospital has. This form must have the following information, like other Residency Completion Certificates do:

1. The designation of the Board of Trustees in whose name the Certificate is issued name of the Institution issuing the Certificate
2. Name of the individual to whom the Certificate was issued followed by graduate academic degrees he has earned
3. A statement witnessing the issuance of the Certificate
4. The name of the place where the Certificate was issued
5. The date of the issuance of the Certificate
7. Signatures of the Hospital Director, the Director of Residency Program and the Medical Director of the Hospital
8. Official Seal of the Hospital to be affixed on the Certificate

As you can see, the letter issued by Mr. Debnam is deficient in many respects. Due to the issuance of this letter (and not being a full certificate), I have suffered an enormous financial loss. You have the power to repair this damage so that I can receive a License expeditiously.

Please understand that the Fourteenth Amendment of the United States Constitution, as interpreted by the US Supreme Court in several of its cases, has forbidden distinction within members of the same class (such as in the class of Residents) but allows distinction between classes (such as between Residents and Physicians).

I sincerely hope you would choose the path of cooperation rather than confrontation.

Thanks for your anticipated understanding, wisdom and cooperation.

Sincerely,

Syed Mustafa Husain, MD, MS, PhD  
Professor Emeritus  
Rowan University

FEB - 1 2008  
U.S. DISTRICT COURT  
DISTRICT OF DELAWARE

SEAL OF THE STATE OF DELAWARE

THE TRUSTEES OF

# DELAWARE PSYCHIATRIC CENTER

AT NEW CASLE, IN THE STATE OF DELAWARE

TO ALL PERSONS TO WHOM THESE LETTERS MAY COME
GREETING

BE IT KNOWN THAT

## SYED MUSTAFA HUSAIN, MD, MS, PHD

HAVING SATISFIED IN FULLTHE REQUIREMENTS FOR THE FIRST YEAR
PSYCHIATRIC RESIDENCY
PROGRAM APPROVED BY ACGME

IN WITNESS WHEREOF THE SEAL OF
THE HOSPITAL AND THE SIGNATURES OF THE HOSPITAL DIRECTOR,
THE DIRECTOR OF THE RESIDENMCY PROGRAM AND THE MEDICAL
DIRECTOR OF THE HOSPITAL
ARE HEREUNTO AFFIXED

ISSUED AT NEW CASTLE, DELAWARE ON THE TWENTY FOURTH DAY
OF MARCH
IN THE YEAR OF OUT LORD NINETEEN HUNDRED AND NINETY FOUR

_____   _____   _____
HOSPITAL DIRECTOR            DIRECTOR RESIDENCY PROGRAM   ME DICAL DIRECTOR

**SEALOF THE HOSPITAL**



**DELAWARE HEALTH AND SOCIAL SERVICES**
Division of Alcoholism, Drug Abuse and Mental Health

Central Office

August 26, 1991

To Whom It May Concern:

This is to certify that Dr. Syed M. Husain was employed as a resident at Delaware State Hospital from July 1, 1990 to June 23, 1991.

Sincerely,

Neil Meisler
Director

bfs

1901 N. DuPont Highway • New Castle • Delaware • 19720 • Telephone: (302) 421-6101



