IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYED M. HUSAIN, M.D., Ph.D., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. Action No. 08-70-SLR |
| | ) |
| GUY PERROTTI, Acting Director for | ) |
| Delaware Psychiatric Center, | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

On February 1, 2008, plaintiff Syed M. Husain, ("plaintiff") filed a motion and affidavit, pursuant to Fed. R. Civ. P. 65, seeking injunctive relief. Specifically, plaintiff wants defendant to issue a certificate that will permit him to receive a license to practice medicine. Plaintiff proceeds pro se and has paid the filing fee.

Typed on the proposed order to show cause is "cc: Mr. Guy Perrotti", but the documents filed do not contain a certificate of service. Rule 65 of the Federal Rules of Civil Procedure sets forth the procedure for issuance of a preliminary injunction or temporary restraining order. No preliminary injunction may be issued without notice to the adverse party. Fed. R. Civ. P. 65(a)(1). A temporary restraining order may be granted without written or oral notice to the adverse party or that party's attorney only if: (1) it clearly appears from specific facts shown by affidavit or by the verified complaint that immediate and irreparable injury, loss, or damage will result to the applicant before the adverse party or that party's attorney can be heard in opposition; and (2) the applicant's attorney certifies to the court in writing the efforts, if any, which have been made to give the notice and the reasons supporting the claim that notice should not be

required.  Fed. R. Civ. P. 65(b).

While plaintiff's affidavit states that he sent a letter to defendant on December 7, 2007, certified mail, return receipt, it does not indicate that plaintiff served defendant with the pleadings filed on February 1, 2008.  Also, a "cc" notation on the proposed order to show cause does not sufficiently indicate service upon defendant.  Therefore, under Rule 65 no preliminary injunction can issue.  Moreover, a temporary restraining order is allowed only under certain conditions when notice is not provided and plaintiff has not provided a certification as Rule 65 requires.

THEREFORE, at Wilmington this 5th day of March, 2008, IT IS ORDERED that, within **thirty days** from the date of this order, plaintiff shall comply with the requisites of Fed. R. Civ. P. 65.  Plaintiff is placed on notice that failure to comply with this order may result in dismissal of the case.

_____
UNITED STATES DISTRICT JUDGE