

RECEIVED
MAR – 7 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

08-70

SEAL OF THE STATE OF DELAWARE

THE TRUSTEES OF

# DELAWARE PSYCHIATRIC CENTER

AT NEW CASLE, IN THE STATE OF DELAWARE

TO ALL PERSONS TO WHOM THESE LETTERS MAY COME GREETING

BE IT KNOWN THAT

*SYED MUSTAFA HUSAIN, MD, MS, PhD*

HAVING SATISFIED IN FULL THE REQUIREMENTS FOR THE FIRST YEAR PSYCHIATRIC RESIDENCY PROGRAM APPROVED BY ACGME

IN WITNESS WHEREOF THE SEAL OF THE HOSPITAL AND THE SIGNATURES OF THE HOSPITAL DIRECTOR, THE DIRECTOR OF THE RESIDENCY PROGRAM AND THE MEDICAL DIRECTOR OF THE HOSPITAL ARE HEREUNTO AFFIXED

ISSUED AT NEW CASTLE, DELAWARE ON THE TWENTY FOURTH DAY OF MARCH IN THE YEAR OF OUT LORD NINETEEN HUNDRED AND NINETY FOUR

HOSPITAL DIRECTOR

DIRECTOR RESIDENCY PROGRAM

ME DICAL DIRECTOR

SEAL OF THE HOSPITAL