OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK



FILED
MAR - 7 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

RE: C.A.# _CA 08-70 SLR_

CASE CAPTION: _Husain_ v. _Perrotti_

## ACKNOWLEDGMENT OF RECEIPT FOR F.R.Civ.P. 4

I hereby acknowledge receipt of a copy of Rule 4 (Summons) of the Federal Rules of Civil Procedure, and understand that it is my responsibility to make service of process on defendants in accordance with this rule.

Date Received by Plaintiff: _February 21, 2008_   Signed: _[signature]_
Pro Se Plaintiff

Date Received by Clerk's office: _3/7/08_   Signed: _Beth Dunn_
Deputy Clerk

Note: If you received Federal Rule 4 by mail, please sign this receipt and return it to:

Clerk
U.S. District Court
844 N. King Street
Lockbox 18
Wilmington, DE 19801

If applicable, Rule 4 mailed to plaintiff:

_Feb 21, 2008_
Date mailed

By Deputy Clerk

cc: Docketing Clerk

wp\forms\rule4receipt 2-04

_www. DED. U Ct. For Clb App dns_

Mr. Syed Husain
515 Boundry Rd.
Pitman, NJ 08071



SOUTH JERSEY NJ 080

06 MAR 2008 PM 5 L

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

19801+3570 C012