OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

March 10, 2008

TO: Syed M. Husain
    Syed M. Husain, Pro Se
    515 Boundary Road
    Pitman, NJ 08071

**RE: Deficiency for Summons form; CA 08-70(SLR)**

Dear Mr. Husain:

   This is in response to your summons form received on 3/7/08 for Guy Perrotti. Please be advised that the summons form is deficient and is being returned to you. You listed Joseph Schoell as your attorney, yet we have no record of this on our docket. If this is your attorney, please be advised that he needs to enter his appearance. Also, you filled in the date on the summons form. Please leave this blank for the Clerk's Office to sign and issue.

   I trust that this letter answers your questions concerning this matter. Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                                    Sincerely,

/ead                                PETER T. DALLEO
                                    CLERK


cc: The Honorable Sue L. Robinson
enc: Returned Summons form for Guy Perrotti
     Blank Summons form

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Delaware _____

HUSAIN

V.

Porrotti

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CA08-70-SLR

TO: (Name and address of Defendant)

Guy Perrotti, Acting Director
Delaware Psychiatric Center
1901 N. Dupont Hwy, New Castle, DE. 19720 · 302-255-2700

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Joseph Schoell
Attorney
1100 N. Maine St.
Suite 1001
Wilmington DE 19801

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE: March 6, 08

(By) DEPUTY CLERK