CA 08-70 SLR

Mr. Peter T. Dalleo  
Clerk, US District Court of the District of DE  
844 King Street, Wilmington, DE 19801

515 Boundary Road  
Pitman, NJ 08071  
March 13, 2008

Dear Mr. Dalleo:

I apologize for making an error in filling out the <u>Summons in a Civil Case</u> form.. This now has been corrected.

In addition to the above, I am enclosing Subpoena<u> in a a Civil Case</u> form.

The Complaint and Affidavit have already been served upon the Plaintiff Guy Perrotti on March 10, 2008: a copy of the Certified Mail with Return Receipt issued by US Postal Service is attached. I am waiting for the green receipt card to arrive. Once

I obtain these forms from your office with your signature and seal, I will send them to Mr. Perrotti by Certified Mail with Return Receipt.

Please be advised that Joseph Schoell is not my Attorney. I obtained his name from Delaware Psychiatric Center during a telephone conversation.

Please tell what else is to be done.

Respectfully submitted,

/Syed M. Husain, *pro se*.

FILED  
MAR 17 2008  
U.S. DISTRICT COURT  
DISTRICT OF DELAWARE



Mr. Syed Husain
515 Boundry Rd
Pitman NJ 08071



Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

