AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Delaware _____

Husain

V.

Porrotti

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CA08-70-SLR

FILED
MAR 17 2008
BL
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

TO: (Name and address of Defendant)

Guy Porrotti, Acting Director
Delaware Phychatric Center
1901 N. Dupont Hwy, New Castle, DE 19720-302-255-2700

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Syed M. Husain
515 Boundary Rd.
Pitman, N.J. 08071

an answer to the complaint which is served on you with this summons, within __30 days__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

March 15. 08
DATE

(By) DEPUTY CLERK

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE March 10- 2008 |
| NAME OF SERVER (PRINT) SYED M. HUSAIN | TITLE Plaintiff Pro se |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): By Certified Mail by return receipt 700-2760-0001-2790-9332

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on March 14 2008     _Syed Husain_
                Date                      Signature of Server

515 Boundary Rd. Pitman, N.J. 08071
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

BY CERTIFIED MAIL WITH RETURN RECEIPT

Mr. Guy Perrotti  
Acting Director  
Delaware Psychiatric Center  
1901 North DuPont Highway  
New Castle, DE 19720-1199  
your telephone (302) 255-2700

515 Boundary Road  
Pitman, NJ 08071  
March 10, 2008  
MY telephone:: 856-589-7895  
My FAX: 856-589-2053

Dear Mr. Perrotti:

Based on a letter fro the US Distinct Judge (copy enclosed) you are now being served formally with the Complaint and Affidavit which has been duly notarized. A copy of this was sent to you earlier, which apparently is a Service.

Sincerely,

_____  
. Syed M, Husain, MD, Ms, PhD  
Plaintiff *pro se*

### Certificate of service

*I Syed M. Husain hereby certify that I have served the Complaint and Affidavit*

*upon Mr., Guy Perrotti, Acting Director, Delaware Psychiatric Center on March 10, 2008 by*

**US Certified Mail with Return Receipt**

_____  
Syed M. Husain, Plaintiff *pro se*  
Cc: The Court

**U.S. Postal Service™**
**CERTIFIED MAIL₮ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com₮

| | | |
|---|---|---|
| Postage | $ | |
| Certified Fee | | Postmark |
| Return Receipt Fee (Endorsement Required) | | Here |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 03/10/2008 |

Sent To: MR. Guy Perrothi Director
Street, Apt. No.; or PO Box No.: 1901 N. DuPont Highway
City, State, ZIP+4: New Castle, DE 19720-1199

PS Form 3800, August 2006       See Reverse for Instructions

7006 2760 0001 2790 9332

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Syed M. Husain
515 Boundary Rd.
Pitman NJ 08071

---

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  Eddie Park    ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)    C. Date of Delivery  3-12-08 |
| 1. Article Addressed to:<br>MR. Guy Perrotti Director<br>1901 N. DuPont Highway<br>New Castle DE 19720-1194 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No |
|  | 3. Service Type<br>☐ Certified Mail   ☐ Express Mail<br>☐ Registered       ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label)    7006 2760 0001 2790 9332 | |
| PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540 | |