IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYED M. HUSAIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 08-070-SLR |
| ) | |
| GUY PERROTTI, Acting Director of the ) | |
| Delaware Psychiatric Center, ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT'S MOTION TO DISMISS

Defendant, Guy Perrotti, respectfully moves to dismiss this action pursuant to Rules 12(b)(4), Rule 12(b)(5) and Rule 12(b)(6) of the Federal Rules of Civil Procedure. Grounds for defendant's motion are stated in his Memorandum of Points and Authorities filed herewith.

WOLFBLOCK LLP


*/s/Thomas P. McGonigle*
Thomas P. McGonigle (I.D. No. 3162)
Joseph C. Schoell (I.D. No.3133)
Wilmington Trust Center
1100 N. Market Street, Suite 1001
Wilmington, Delaware 19801
(302) 777-5860

Attorneys for Defendant


Date:  April 1, 2008

WIL:71248.1/DEL227-246720

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SYED M. HUSAIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 08-070-SLR |
| ) | |
| GUY PERROTTI, Acting Director of the ) | |
| Delaware Psychiatric Center, ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF MOTION**

TO:  Syed M. Husain
515 Boundary Road
Pitman, NJ  08071

PLEASE TAKE NOTICE that the attached Motion to Dismiss will be presented at the convenience of the Court.

WOLFBLOCK LLP

*/s/ Thomas P. McGonigle*
Thomas P. McGonigle (No. 3162)
tmcgonigle@wolfblock.com
Joseph C. Schoell (I.D. No.3133)
jschoell@wolfblock.com
Wilmington Trust Center
1100 N. Market Street, Suite 1001
Wilmington, DE 19801
(302) 777-5860

Dated: April 1, 2008

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SYED M. HUSAIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 08-070-SLR |
| ) | |
| GUY PERROTTI, Acting Director of the ) | |
| Delaware Psychiatric Center, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

AND NOW, this _____ day of _____, 2008, the Court having considered Defendant's Motion to Dismiss and good cause appearing,

IT IS HEREBY ORDERED THAT:

1. Defendant's Motion to Dismiss is GRANTED; and

2. This action is dismissed with prejudice.

_____
The Honorable Sue L. Robinson
United States District Court Judge

WIL:71312.1/DEL227-246720

# CERTIFICATE OF SERVICE

The undersigned hereby states that a true and correct copy of Defendant's Motion to Dismiss and the Memorandum of Points and Authorities of Defendant Guy Perrotti in Support of Motion to Dismiss were served on April 1, 2008, upon all persons at the following addresses:

**VIA FIRST CLASS REGULAR MAIL**
Syed M. Husain
515 Boudary Road
Pitman, NJ  08071

        WOLFBLOCK LLP

        */s/ Thomas P. McGonigle*
        Thomas P. McGonigle (No. 3162)
        tmcgonigle@wolfblock.com
        Joseph C. Schoell (I.D. No.3133)
        jschoell@wolfblock.com
        Wilmington Trust Center
        1100 N. Market Street, Suite 1001
        Wilmington, DE 19801
        (302) 777-5860

        Attorneys for Defendant Guy Perrotti