**ORIGINAL**

# DISTRICT COURT OF THE DISTRICT OF DELWARE

Husain vs. Perrotti

CASE NO.: 1:08-70SLR

## MOTION FOR DEFAULT AND DEFAULT JUDGMENT

Mr. Peter T. Dalleo  
Clerk, US District Court of the District of DE  
844 King Street, Wilmington, DE 19801

515 Boundary Road  
Pitman, NJ 08071  
April 14 2008

Dear Mr. Dalleo:

My Summons and Complaint were never answered by the Defendant which arer supposed to be answered within 20 days after Service. in the above captioned matter.

1. FRCP 12(a)(2) sates that a Defendant must answer a complaint within 20 days after being served summons upon a Defendant. These documents were sent to you by certified mail with return receipt number 7006-2760-0001-2790-9332 on March 10, 2008. You have received them on March 12, 2008. You did not respond by sending an answer to me or the court within required time frame.

2. FRCP 55 (b) requires a NOTICE of MOTON for default and default judgment to be served upon the Defendant 3 days prior to filing a Motion for default judgment, which is what I am doing now. The Defendant was served with the said 3-day notice on March 31, 2008.

I ask you to please enter a DEFAULT,. And I am requesting Honorable Judge Sue L. Robinson to please issue a DEFAULT JUDGMENT,. which may then be registered by the Court..

Respectfully submitted,

Syed M. Husain, MD, PhD

Cc: Thomas P. McGonagall, Esq.



FILED  
APR 8 2008  
U.S. DISTRICT COURT  
DISTRICT OF DELAWARE

# DISTRICT COURT OF THE DISTRICT OF DELWARE

### Husain vs. Perrotti

### CASE NO.: 1:08-70SLR

### Certificate of service

I, Syed M. Husain hereby certify that I have served upon Defendant's Attorney Thomas P. McGonagall, Esq. a copy of Motion for Default and Default Judgment, today, the Fourth day of April, 2008

_____
Syed M. Husain, Plaintiff pro se

Cc: Thomas P. McGonagall, Esq.
Wolf, Block, Schorr, Sollis-Cohen
Wilmington Trust Building, suite 1001
Wilmington, DE  19801
302-777-6374