**WolfBlock**

Wilmington Trust Center, 1100 North Market Street, Suite 1001, Wilmington, DE 19801
Tel: (302) 777-5860 ■ Fax: (302) 777-5863 ■ www.WolfBlock.com

Joseph C. Schoell
Direct Dial: (302) 777-0305
Direct Fax: (302) 778-7805
E-mail:    jschoell@wolfblock.com

April 17, 2008

**VIA HAND DELIVERY**

The Honorable Sue L. Robinson
United States District Court
844 King Street
Lock Box 31
Wilmington, Delaware 19801

Re:    Syed M. Husain v. Guy Perrotti,
       Civil Action No. 1:08-70- SLR

Dear Judge Robinson:

As counsel for defendant, Guy Perrotti, I write in response to plaintiff Syed M. Husain's correspondence to the Court, dated April 11, 2008. (D.I. No. 14.)

On April 1, 2008, defendant moved to dismiss this action in its entirety based on insufficiency of service and failure to state a claim. (D.I. Nos. 11, 12.) Apparently in response to that motion, plaintiff wrote to Your Honor on April 11, 2008 concerning several matters.

First, the Court should deny plaintiff's request to set this matter for a preliminary injunction hearing. Plaintiff proceeds with the mistaken understanding that, because he has applied for relief under Federal Rule of Civil Procedure 65, he is entitled to proceed without proper service or without filing a proper pleading under Rules 7 and 8. Plaintiff's position is without merit. As pointed out in the memorandum of law in support of defendant's motion to dismiss (D.I. 12), the papers filed by plaintiff, whether construed as a "complaint" or as a "motion" for preliminary injunction, are plainly inadequate to support the relief he requests, namely, that the Delaware Psychiatric Center be ordered to issue him a "certificate," in a form he has prepared, to commemorate his less than one year of service as a resident of the Delaware State Hospital, from July 1, 1990 until June 23, 1991. On behalf of defendant, I respectfully request that the Court deny plaintiff's Rule 65 motion, and either direct him to submit a proper pleading, or direct him to respond to the defendant's motion to dismiss this action.

WIL:71520.1/DEL227-246720

Boston, MA ■ Cherry Hill, NJ ■ Harrisburg, PA ■ New York, NY ■ Norristown, PA ■ Philadelphia, PA ■ Roseland, NJ ■ Wilmington, DE
WolfBlock Government Relations - Harrisburg, PA ■ WolfBlock Public Strategies - Boston, MA, New York, NY and Washington, DC
WolfBlock LLP, a Pennsylvania Limited Liability Partnership

The Honorable Sue L. Robinson
April 17, 2008
Page 2

      Second, I understand plaintiff's letter to withdraw plaintiff's motion for default judgment (D.I. 13), and accordingly, defendant intends not to further respond to that motion.

      Third, I understand from plaintiff's letter that he consents to the substitution of the current Director of the Delaware Psychiatric Center as a defendant in lieu of Mr. Perrotti, who is the former Acting Director. As indicated in defendant's memorandum of law, Husam Abdallah succeeded Mr. Perrotti as director on February 11, 2008, and accordingly Mr. Abdallah should be substituted as a party defendant under Rule 25(d)(1). Enclosed is a form of order for the Court's consideration that would substitute Mr. Abdallah as the defendant in this matter.

      I am available at the Court's convenience should Your Honor have any questions concerning this matter.

                                        Respectfully,

                                        Joseph C. Schoell
                                        I.D. No. 3133
                                        For WolfBlock LLP

Enclosure

cc:    Clerk of the Court (via CM/ECF electronic filing; with enclosure)

       Syed M. Husain (via first class mail; with enclosure)

WIL:71520.1/DEL227-246720

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYED M. HUSAIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 08-070-SLR |
| | ) |
| GUY PERROTTI, Acting Director of the Delaware Psychiatric Center, | ) |
| | ) |
| Defendant. | ) |

ORDER

AND NOW, this ___ day of _____, 2008, it appearing that on or about February 11, 2008, defendant Guy Perrotti was succeeded and replaced in his capacity as Acting Director of the Delaware Psychiatric Center by Husam Abdallah, who is the current Director of the Delaware Psychiatric Center,

IT IS HEREBY ORDERED THAT:

1. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, the Court orders that Husam Abdallah, Director of the Delaware Psychiatric Center, be substituted as a party defendant for defendant Guy Perrotti.

2. Effective immediately, all pleadings and papers filed in this matter shall include the following caption:

WIL:71522.1/DEL227-246720

| | |
|---|---|
| SYED M. HUSAIN,   )<br>                              )<br>          Plaintiff,     )<br>                              )<br>     v.                        )<br>                              )<br>HUSAM ABDALLAH, Director of the  )<br>Delaware Psychiatric Center,   )<br>                              )<br>          Defendant.     )  | Civil Action No. 08-070-SLR |

_____
Sue L. Robinson
United States District Court Judge