# EXHIBIT A



**DELAWARE HEALTH AND SOCIAL SERVICES**
DIVISION OF ALCOHOLISM, DRUG ABUSE AND MENTAL HEALTH

DELAWARE STATE HOSPITAL

March 24, 1994

Syed M. Husain, MD, PhD
515 Boundry Road
Pitman, New Jersey 08071

Dear Dr. Husain:

After researching our records, the following is provided:

This is to certify that Syed M. Husain, MD served as a First Year Psychiatric Resident at Delaware State Hospital from June 23, 1990 to June 23, 1991.

Sincerely,

Charles H. Debnam
Acting Hospital Director

1901 N. DUPONT HIGHWAY • NEW CASTLE • DELAWARE • 19720 • TELEPHONE: (302) 577-4000