IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYED M. HUSAIN, | ) |
|     Plaintiff, | ) ) ) |
| v. | ) Civ. No. 08-070-SLR ) |
| HUSAM ABDALLAH, | ) ) |
|     Defendant.[1] | ) |

### ORDER

At Wilmington this 1st day of August, 2008, for the reasons set forth in the memorandum opinion issued this date;

IT IS HEREBY ORDERED that:

1. Plaintiff's motion for preliminary injunction is **denied**. (D. I. 1)

2. Defendant's motion to dismiss is **granted**. (D.I. 11)

3. Plaintiff's motion for entry of default and/or default judgment is **denied** as moot. (D.I. 13)

4. Plaintiff's motion to amend and for hearing is **granted** to reflect the new director at the Delaware Psychiatric Center and **denied** in all other respects. (D.I. 14)

                                                                        _____
                                                                        UNITED STATES DISTRICT JUDGE

---

[1] Husam Abdallah was named Director of the Delaware Psychiatric Center and assumed the office in February 2008, replacing former Acting Director Guy Perrotti, an original party to this case. See Fed. R. Civ. P. 25(d)(1).